**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MARTINEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No.: 3:19-cv-00569-H-NLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Katherine Martinez ("Plaintiff"), through counsel, voluntarily dismisses the action in its entirety, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the putative class members.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: June 14, 2019           By: *s/ Abbas Kazerounian*
                                   Abbas Kazerounian, Esq.
                                   *Attorney for Plaintiff*

**VOLUNTARY DISMISSAL**
1